UNITED STATES of America,
Plaintiff–Appellee

v.

Dustin PULIDO, Defendant–Appellant.

No. 14–10076
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 4, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, Christopher R. Wolfe, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Mark Glendon Parenti, Law Office of Mark Parenti, Houston, TX, for Defendant–Appellant.

Before JOLLY, HIGGINBOTHAM, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Dustin Pulido raises an argument

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

that he concedes is foreclosed by *United States v. Hernandez*, 633 F.3d 370, 374 (5th Cir.2011), which held that a sentence within the statutory maximum that is based upon judge-found facts does not violate the Sixth Amendment. Accordingly, the unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.